Dora STEPP, Appellant,

v.

Eunice Nunnery LESLIE et al., Appellees.

Court of Appeals of Kentucky.

Feb. 4, 1955.

V. R. Bentley, Pikeville, for appellant.

E. J. Picklesimer, Kelsey Friend, Pikeville, for appellees.

PER CURIAM.

On a former appeal, this action was reversed for a determination to be made of the amount contributed by appellant, Dora Stepp, on the improvements on the lands owned by appellees. Ky., 263 S.W.2d 122.

Appellant moved for an appeal because of the inadequacy of the judgment. The lower court adjudged her entitled to recover $383.72, and we find no error.

Motion for appeal is overruled and the judgment is affirmed.